Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

David S. Hopper, 11503-032 )
FCI-Gilmer )
P.O. Box 6000 )
Glenville, WV 26351     , )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
 )
            Petitioner, )
vs. )
 )
Warden, R. Hodgins     , )
(Name of Warden or other authorized person )
where you are incarcerated) )
 )
            Respondent. )
_____)

FILED

MAR 0 2 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**Petition for Habeas Corpus**
**Pursuant to 28 U.S.C. § 2241**

Civil Action No. 3:20cv38
(to be assigned by Clerk)

Groh
Trumble
Sims

**Important notes to read before completing this form:**

★    Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

1.    This petition concerns (check the appropriate box):

      ☐  a conviction
      ☒  a sentence
      ☐  jail or prison conditions
      ☐  prison disciplinary proceedings
      ☐  a parole problem
      ☐  other, state briefly: _____

Attachment A

_____
_____
_____

2.  Are you represented by counsel?   ☐ Yes   ☒ No

    If you answered yes, list your counsel's name and address: _____
    _____

3.  List the name and location of the court which imposed your sentence:
    United States District Court for the Eastern District of Kentucky at Covington. 35 W. Fifth Street, Covington, Ky 41011-1401

4.  List the case number, if known: 2:06-cr-00015-DLB-EBA

5.  List the nature of the offense for which the sentence was imposed:
    18 USC § 924(c) (2-Counts)
    Use of Firearm in relation to a crime of violence

6.  List the date each sentence was imposed and the terms of the sentence:
    November 7, 2007: 384-months

7.  What was your plea to each count? (Check one)

    ☒ Guilty
    ☐ Not Guilty
    ☐ Nolo Contendere

**Attachment A**

8.  If you were found guilty after a plea of not guilty, how was that finding made?

    ☐ A jury
    ☐ A Judge without a jury
    ☐ A Magistrate Judge without a jury

9.  Did you appeal from the judgment of conviction or imposition of the sentence?

    ☐ Yes    ☒ No

10. If you did appeal, give the following information for each appeal:

    A.  Name of Court: _____
    B.  Result: _____
    C.  Date of Result: _____
    D.  Grounds raised (List each one): _____
    _____
    _____
    _____
    _____

    Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

    ☒ Yes    ☐ No

    If your answer was yes, complete the following sections:

    A.  First post-conviction proceeding:
        1.  Name of Court: <u>Campbell Circuit Court</u>

Attachment A

    2. Nature of Proceeding: <u>RCr 11.42 (Post Conviction)</u>
    3. Grounds Raised: <u>Plea agreement not being fulfilled</u>
    4. Did you receive an evidentiary hearing ? ☒ Yes ☐ No
    5. Result: <u>State sentence discharged</u>
    6. Date of Result: <u>4/10/2015</u>

B. Second post-conviction proceeding:
    1. Name of Court: <u>Grant County Circuit Court</u>
    2. Nature of Proceeding: <u>RCr 11.42</u>
    3. Grounds Raised: <u>Plea agreement not being fulfilled</u>
    4. Did you receive an evidentiary hearing ? ☐ Yes ☒ No*
    5. Result: <u>State sentence discharged</u>
    6. Date of Result: <u>4/10/2015</u>

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
    1. First proceeding: ☐ Yes ☒ No Result: _____
    2. Second proceeding: ☐ Yes ☒ No Result: _____

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: <u>Lower court decision was in my favor.</u>

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

    A. U.S. Parole Commission unlawfully revoked my parole.
    B. Federal Bureau of Prisons unlawfully computed my sentence.

**Attachment A**

C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E. There is an unlawful detainer lodged against me.
F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one:
THE BOP IS UNLAWFULLY COMPUTING MY FEDERAL SENTENCE, WHEN IT IS NOT GRANTING SENTENCE CREDIT FOR TIME SERVED IN STATE CUSTODY PRIOR TO BEING IN FEDERAL CUSTODY. The BOP is refusing to grant above state custody credit despite the federal sentencing court specifically stating that it would (attached)
if the state court so determined.

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).
At both the Change of Plea Hearing and Sentencing Hearing, the federal court informed me that the "yet-to-be" adjudicated state court judges would be the final determinator of if the federal sentence and state sentences would serve consecutive or concurrent to one another. (See attached)

B. Ground two:

**Attachment A**

THE BOP IS UNLAWFULLY DENING SENTENCE CREDIT FOR TIME SERVED IN STATE (KY) CUSTODY.

Supporting facts:
The facts to support this Ground are related to the facts supporting Ground One (1), and Petitioner would fully incorporate the same arguments (facts) hereto.

C. Ground three:
The BOP is unlawfully executing my imposed sentence by not applying the "clarification" of 18 USC § 924(c) made by Congress in the First Step Act (Section 403), which allows for no more than a 168-month sentence. The 384-month sentence, as calculated by the BOP, is contrary to law.

Supporting facts:
Sectio 403 of the First Step Act clarified what the term "second subsequent conviction" means in § 924(c). Under this clarified definition, courts are no longer permitted to "stack" multiple Counts of the same indictment as second or subsequent convictions. (SEE ATTACHED)...,

D. Ground four:

**Attachment A**

Supporting facts:
_____
_____
_____
_____
_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:
    Yes. Campbell and Grant Circuit courts (KY). 4/10/2015. Both State Courts discharged the remainder of their imposed state sentences to prevent further breaching of the sentences that they imposed, which called for concurrent state and federal sentences.

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

    A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

    ☒ Yes    ☐ No

    1. If your answer to "A" above was yes, what was the result:
       Denied
       _____
       _____
       _____
       _____

**Attachment A**

    2.    If your answer to "A" above was no, explain:

B.    If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

    ☒ Yes    ☐ No

    1.    If your answer to "B" above was yes, what was the result:
    ~~Denied~~

    2.    If your answer to "B" above was no, explain:

15.    Relief: State here, as briefly as possible, exactly what you want the court to do for you:

    1.    Make **no** legal arguments.
    2.    Cite **no** cases or statutes.

I, David Hopper, respectfully request that the Court would so Order the BOP to recognize the time spent in state custody [2/9/2006 - 4/10/2015] to have satisfied the proportionate amount to my federal sentence, which was imposed on 11/07/2007. This would be to force the BOP to adhere to what the federal sentencing court had specifically stated at the Change of Plea Hearing and at Final Sentencing. Likewise, such an Order of this Court would give a fuller measure to the previous Orders of the two state courts.

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

The US District Court which imposed sentence (US Dist EDKY) entered an Order on 2/12/2020, stating that Petitioner must pursue the present in this Court. [Doc #: 129, 06-cr-15] A 2255 petition would therefore be moot, based on that court's stance, and a 2241 petition is the only available remedy to correct the unlawful execution of the federally imposed sentence.

Signed this 28th day of February, 2020.
          (day)            (month)     (year)

_____
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: 2/28/2020

_____
Your Signature

Attachment D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

David S. Hopper
*Your full name*

v.                                             Civil Action No.: _____

Warden, R. Hudgins

_____

_____

*Enter above the full name of respondent in this action*

## Certificate of Service

I, David Hopper _____ (your name here), appearing *pro se*, hereby certify that I have served the foregoing Petition for Habeas Corpus (title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on February 28, 2020 (insert date here):

(List name and address of counsel for respondent)

_____
(sign your name)